146 A.3d 468

**FRANCE**

v.

**CASSILLY**

**No. 141, Sept. Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

(No. 12-C-15-002858, Circuit Court for Harford County).

Petition for writ of certiorari denied.

■

146 A.3d 468

**FRENCH, Mark Phillip**

v.

**STATE of Maryland**

**No. 273, Sept. Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (No. 147, Sept. Term, 2015).

Petition for writ of certiorari denied.